Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
Integrated Sports Media, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **INTEGRATED SPORTS MEDIA, INC.,** | **CASE NO. 3:10-cv-03516-PJH** |
| **Plaintiff,** | |
| **vs.** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER** ~~(Proposed)~~ |
| **ERLINDA MARGARITA MENDEZ, et al.** | AS MODIFIED BY THE COURT |
| **Defendant.** | |

### TO THE HONORABLE PHYLLIS J. HAMILTON, THE DEFENDANT, AND HER ATTORNEYS OF RECORD:

Plaintiff Integrated Sports Media, Inc. hereby applies *ex parte* for an order vacating the Case Management Conference in this action, presently set for Thursday, December 9, 2010 at 2:00 p.m. This request will be, and is, necessitated by the fact that defendant Erlinda Margarita Mendez, individually and d/b/a El Patio Restaurant is in default and Plaintiff's Application for Default Judgment will soon be filed with this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case Management Conference presently scheduled for Thursday, December 9, 2010 at 2:00 p.m. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: December 1, 2010

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Integrated Sports Media, Inc.

///

///

///

///

///

///

///

///

///

///

///

## ORDER (~~Proposed~~)

It is hereby ordered that the Case Management Conference in civil action number 3:10-cv-03516-PJH styled *Integrated Sports Media, Inc. v. Erlinda Margarita Mendez, et al.*, is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

Plaintiff shall file a motion for default judgment no later than 60 days from the date of this order.

**IT IS SO ORDERED**:

_____          Dated:_____12/3/10_____

**THE HONORABLE** ~~PHYLLIS~~ **J. HAMILTON**
**United States Di**strict
**Northern Distric**t

/// 

/// 

/// 

/// 

/// 

/// 

/// 

/// 

/// 

/// 

/// 

/// 

///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 1, 2010, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Erlinda Margarita Mendez (Defendant)
3193 Mission Street
San Francisco, CA 94110

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on December 1, 2010, at South Pasadena, California.

Dated:  December 1, 2010                    */s/ Maria Baird*_____
                                            **MARIA BAIRD**