UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTEGRATED SPORTS MEDIA, INC.,

    Plaintiff,

    v.

ERLINDA MARGARITA MENDEZ, et al.,

    Defendants.
_____/

No. C 10-3516 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's notice of application and application for default judgment by the court.

The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: December 20, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge