UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTEGRATED SPORTS MEDIA, INC.,

    Plaintiff,

    v.

ERLINDA MARGARITA MENDEZ, et al.,

    Defendants.
_____/

No. C 10-3516 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Chen for a report and recommendation on defendant Mendez' motion to set aside entry of default, in consideration with plaintiff's pending motion for default judgment, and any other matters that may arise in connection therewith.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

    IT IS SO ORDERED.

Dated: April 28, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Sue, Assigned M/J