UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTEGRATED SPORTS MEDIA, INC.,

        Plaintiff(s),                                  No. C 10-3516 PJH

   v.                                          **ORDER OF DISMISSAL**

ERLINDA MARGARITA MENDEZ, et al.,

        Defendant(s).

_____/

      The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice.

      IT IS SO ORDERED.

Dated: July 8, 2011

                                                   _____
                                                   PHYLLIS J. HAMILTON
                                                   United States District Judge