Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Integrated Sports Media, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Integrated Sports Media, Inc., | CASE NO. CV 10-3516 PJH |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ERLINDA MARGARITA MENDEZ, individually and d/b/a EL PATIO RESTAURANT |
| vs. | |
| Erlinda Margarita Mendez, et al., | |
| Defendant. | |

  IT IS HEREBY STIPULATED by and between Plaintiff INTEGRATED SPORTS MEDIA, INC. and Defendant ERLINDA MARGARITA MENDEZ, individually and d/b/a EL PATIO RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against ERLINDA MARGARITA MENDEZ, individually and d/b/a EL PATIO RESTAURANT, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

  IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by February 1, 2014, the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: June 23, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
INTEGRATED SPORTS MEDIA, INC.

Dated:

**ERLINDA MARGARITA MENDEZ**
individually and d/b/a
EL PATIO RESTAURANT

**IT IS SO ORDERED**:

July 21, 2011

Dated: 06-24-11

The Honorable Phyllis J. Hamilton
United States District Judge
Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION OF DISMISSAL
CV 10-3516 PJH
PAGE 2
STIPULATION OF DISMISSAL
CV 10-3516 PJH
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 23, 2011, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ERLINDA MARGARITA MENDEZ, individually and d/b/a EL PATIO RESTAURANT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Erlinda Margarita Mendez (Defendant)
3193 Mission Street
San Francisco, CA 94110

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 23, 2011, at South Pasadena, California.

Dated: June 23, 2011

/s/ *signature*
INESA MAMIDJANYAN