UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTEGRATED SPORTS MEDIA, INC.,

        Plaintiff(s),

  v.

ERLINDA MARGARITA MENDEZ,

        Defendant(s).

_____/

No. C 10-3516 PJH

**ORDER TO SHOW CAUSE AND ORDER REQUIRING AN ANSWER**

    Defendant's default was previously entered in this case in October 2010 and plaintiff subsequently moved for entry of default judgment. That motion was denied and defendant's motion to set aside the default was granted. Afterwards, the parties reached a settlement and the case was conditionally dismissed without prejudice pursuant to the stipulation of the parties. The dismissal would be deemed a dismissal with prejudice provided neither party filed a motion to reopen the case by February 1, 2014.

    On January 3, 2014, plaintiff filed a motion to reopen the case based on defendant's failure to comply with the terms of the parties' settlement agreement. Defendant did not oppose the motion and it was granted by order filed on February 6, 2014. That order also scheduled a case management conference for February 20, 2014 and the parties were ordered to appear in person. Plaintiff was further directed to serve a copy of the order on defendant. A proof of such service was filed on February 7, 2014.

    Defendant failed to appear at the case management conference as ordered.

    Accordingly, DEFENDANT, Erlinda Mendez, is hereby ORDERED:

1.     To show cause, in writing why her default should not be entered for her failure to answer or otherwise respond to the complaint, and

2.     To answer or otherwise respond to the complaint.

Both her response to the order to show cause and her answer or response to the complaint shall be filed by March 14, 2014.  If defendant does not comply with this order, the Clerk will be directed to enter her default and plaintiff's motion for default judgment will be due within 30 days of such entry.

**IT IS SO ORDERED**.

Dated:  February 20, 2014

PHYLLIS J. HAMILTON
United States District Judge