UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTEGRATED SPORTS MEDIA, INC.,

    Plaintiff,

    v.

ERLINDA MARGARITA MENDEZ,

    Defendant.
_____/

No. C 10-3516 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's application for default judgment.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

    IT IS SO ORDERED.

Dated: April 24, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J, counsel of record