**United States District Court**
For the Northern District of California

1
2
3              UNITED STATES DISTRICT COURT
4              NORTHERN DISTRICT OF CALIFORNIA
5
6
7   INTEGRATED SPORTS MEDIA, INC.,
8              Plaintiff,                    No. C 10-3516 PJH
9        v.                                  **ORDER RE PROOF OF SERVICE**
10  ERLINDA MARGARITA MENDEZ,
11             Defendant.
12  _____/
13        On April 25, 2014, this matter was referred to Magistrate Judge Laurel Beeler
14  pursuant to 28 U.S.C. § 636(b)(1) for a report and recommendation on plaintiff's motion for
15  default judgment.  On June 19, 2014, Judge Beeler issued the report and recommendation,
16  in which she recommended that plaintiff's motion for default judgment be granted.
17        The order also stated that plaintiff "shall serve a copy of the report and
18  recommendation on Ms. Mendez within three days from the filing date of this order and
19  shall file a proof of service thereafter."  To date (eight days later), no proof of service has
20  been filed.
21        No later than **July 2, 2014**, plaintiffs shall file a proof of service with the court
22  showing service of the report and recommendation on defendant.  **Failure to comply with**
23  **this order may result in denial of the motion for default judgment.**
24        **IT IS SO ORDERED.**
25  Dated: June 27, 2014
26                                          _____
                                            PHYLLIS J. HAMILTON
27                                          United States District Judge
28