UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTEGRATED SPORTS MEDIA, INC.,

    Plaintiff,

    v.

ERLINDA MARGARITA MENDEZ,

    Defendant.

_____/

No. C 10-3516 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On April 25, 2014, this matter was referred to Magistrate Judge Laurel Beeler pursuant to 28 U.S.C. § 636(b)(1) for a report and recommendation on plaintiff's motion for default judgment. On June 19, 2014, Judge Beeler issued the report and recommendation, in which she recommended that plaintiff's motion for default judgment be granted in part.

On June 27, 2014, the court issued an order directing plaintiff to file a proof of service indicating that a copy of the report and recommendation had been served upon defendant. On the same day, plaintiff filed a proof of service, which showed that defendant had been served with a copy of the report and recommendation on June 27, 2014. Defendant filed no objections within the time allowed under 28 U.S.C. § 636(b).

However, on July 3, 2014, plaintiff did file objections to Judge Beeler's report, along with a motion for de novo determination of the default judgment motion. Specifically, plaintiff objects to two of Judge Beeler's recommendations: (1) the recommended award of $1,000 in statutory damages, and (2) the recommended award of $2,000 in enhanced damages.

As to the statutory award, plaintiff notes that the recommended $1,000 award represents only the cost of the commercial license, and thus provides no incentive for

offenders to cease their violations.  As to the enhanced award, plaintiff argues that the recommended $2,000 award fails to adequately deter offenders.

The court notes that Judge Beeler considered both of these arguments in her report and recommendation.  Specifically, the report noted that the maximum statutory award is $10,000, but after finding "no indication" that defendant was a repeat offender, and no allegations or evidence that defendant increased food/beverage prices or had an increased number of patrons on the day of the offense, Judge Beeler recommended a statutory damages award that represented plaintiff's actual losses.  The report also noted that other courts in this district have similarly awarded statutory damages equal to the unpaid license fee.

As to the enhanced damages award, the report noted the maximum award of $50,000, but found a lack of "egregious circumstances supporting a substantial enhancement."

Accordingly, the court OVERRULES plaintiff's objections to Judge Beeler's report and DENIES plaintiff's motion for de novo determination.  The court finds the report correct, well-reasoned, and thorough, and ADOPTS it in every respect.  Accordingly, plaintiff's motion for default judgment is GRANTED as to plaintiff's claim under 47 U.S.C. § 553 and its claim for conversion.  Plaintiff is awarded $1,000 in statutory damages and $2,000 in enhanced damages under section 553, and $1,000 for its conversion claim.  Plaintiff's claims under 47 U.S.C. § 605 and Cal. Bus. & Prof. Code § 17200 are DISMISSED.

**IT IS SO ORDERED.**

Dated: July 28, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge