UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTEGRATED SPORTS MEDIA, INC.,

    Plaintiff,

    v.

ERLINDA MARGARITA MENDEZ,

    Defendant.

_____/

No. C 10-3516 PJH

**JUDGMENT**

The court having granted in part plaintiff's motion for default judgment,

It is Ordered and Adjudged

that plaintiff Integrated Sports Media, Inc. recover from defendant Erlinda Margarita Mendez, individually and d/b/a El Patio Restaurant, the sum of $3,000 in statutory and enhanced damages, and $1,000 in damages for its conversion claim, as set forth in the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**

Dated: July 28, 2014

                                    PHYLLIS J. HAMILTON
                                  United States District Judge